UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNIFER PIACENTE,

        Plaintiff,

-against-    STIPULATION & ORDER
        NO.:07-CV-8644 (SCR)

CITY OF BEACON,

        Defendant.

---

It is hereby stipulated and agreed by and between the parties that the Defendant, City of Beacon shall be granted an extension to respond to the complaint until March 3, 2008. This is the complete understanding of the parties.

Dated: February 19, 2008

TOWNE, BARTKOWKI DeFIO KEAN, P.C.

By: _____
Elena DeFio Kean, Esq.
Attorney for Defendant
City of Beacon
450 New Karner Road
P.O. Box 15072
Albany, New York 12212-5072

LAW OFFICES OF SCOTT A. KORENBAUM

By: _____
Scott A. Korenbaum, Esq.
Attorney for Plaintiff
Jennifer Piacente
2537 Post Road
Southport, Ct 06890

SO ORDERED
_____
U.S.D.J.

DATED: 2/21/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____