## CERTIFICATION

This is to certify that on this 3rd day of March, 2008, a copy of Defendant, City of Beacon's Answer to the Complaint for Civil Case No.: 07-CV-8644 was mailed via first class mail and electronic filing to:

>Scott A. Korenbaum, Esq.
>Attorneys for Plaintiffs
>111 Broadway, Suite 1305
>New York, New York 100

*[signature]*
ELENA DeFIO KEAN, ESQ.